# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY A. REAGAN, | : | No. 4:15-CV-1390 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CENTRE LIFELINK EMERGENCY MEDICAL SERVICES, INC. | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 27, is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment, ECF No. 29, is **DENIED**.

3. Upon resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in favor of Defendant on Count I of Plaintiff's complaint, ECF No. 1.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge